FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
ACCORDANCE WITH RULE 221, Pa.R.D.E.

New


Name Change

619 MB Financial Bank, NA – Change to 583 Fifth Third Bank
386 Malvern Federal Savings Bank – Change to Malvern Bank, NA
542 Stonebridge Bank – Change to 542 Linkbank

Platinum Leader Change


Correction


Removal

519 Beaver Valley Federal Credit Union

Submitted:  July 2019